# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re:    HACIENDA PARAISO INC | § | Case No. 1:13-bk-16075-MB |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Diane C. Weil, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $15,000.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:  $120,197.04 | Claims Discharged <br> Without Payment:  $2,532,660.70 |
| Total Expenses of Administration:  $80,385.93 | |

3)  Total gross receipts of $220,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $19,417.03 (see **Exhibit 2**), yielded net receipts of $200,582.97 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 80,885.93 | 80,385.93 | 80,385.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 136.41 | 822.59 | 800.00 | 800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,573,099.22 | 554,397.04 | 119,397.04 | 119,397.04 |
| **TOTAL DISBURSEMENTS** | **$2,573,235.63** | **$636,105.56** | **$200,582.97** | **$200,582.97** |

4)  This case was originally filed under Chapter 7 on 09/18/2013. The case was pending for 87 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/16/2020                  By: /s/ Diane C. Weil

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER MISCELLANEOUS -SALE OF LITIGATION CLAIM | 1249-000 | 220,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$220,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Seror Trustee for Jairo Gamba | Dividend of 100.000000000%, Claim No.9999. | 8200-002 | 19,417.03 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$19,417.03** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Diane C. Weil | 2100-000 | N/A | 13,303.05 | 12,803.05 | 12,803.05 |
| Diane C. Weil | 2200-000 | N/A | 231.41 | 231.41 | 231.41 |
| Elmer Dean Martin III | 3210-000 | N/A | 1,852.24 | 1,852.24 | 1,852.24 |
| Elmer Dean Martin III | 3220-000 | N/A | 147.76 | 147.76 | 147.76 |
| LEA Accountancy | 3410-000 | N/A | 42,000.00 | 42,000.00 | 42,000.00 |
| LEA Accountancy | 3420-000 | N/A | 1,075.56 | 1,075.56 | 1,075.56 |
| United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| International Sureties, LTD | 2300-000 | N/A | 327.03 | 327.03 | 327.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-003 | N/A | 463.63 | 463.63 | 463.63 |
| Union Bank | 2600-000 | N/A | 15,821.94 | 15,821.94 | 15,821.94 |

**UST Form 101-7-TDR (10/1/2010)**

| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 2990-000 | N/A | 5,403.31 | 5,403.31 | 5,403.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$80,885.93** | **$80,385.93** | **$80,385.93** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 822.59 | 800.00 | 800.00 |
| NOTFILED | Dept. of Treasury | 5800-000 | 136.41 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$136.41** | **$822.59** | **$800.00** | **$800.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-I | FRANCHISE TAX BOARD | 7990-000 | 0.00 | 7.23 | 7.23 | 7.23 |
| 1A | Franchise Tax Board | 7300-000 | 0.00 | 22.59 | 22.59 | 22.59 |
| 1A-I | Franchise Tax Board | 7990-000 | 0.00 | 0.20 | 0.20 | 0.20 |
| 3 | DEPT OF WATER & POWER CITY OF LOS A | 7100-000 | 1,140.27 | 2,231.15 | 2,231.15 | 2,231.15 |
| 3-I | DEPT OF WATER & POWER CITY OF LOS A | 7990-000 | 0.00 | 20.18 | 20.18 | 20.18 |
| 4 | Kesluk, Silverstein & Jacob, P.C. | 7100-000 | 0.00 | 500,000.00 | 65,000.00 | 65,000.00 |
| 4-I | Kesluk, Silverstein & Jacob, P.C. | 7990-000 | 0.00 | 587.80 | 587.80 | 587.80 |
| 5 | TITAN WINES N SPIRITS LLC | 7100-000 | 392.00 | 329.00 | 329.00 | 329.00 |
| 5-I | TITAN WINES N SPIRITS LLC | 7990-000 | 0.00 | 2.98 | 2.98 | 2.98 |
| 6 | WELLS FARGO BANK, N. A. | 7100-000 | 32,015.27 | 35,113.71 | 35,113.71 | 35,113.71 |
| 6-I | WELLS FARGO BANK, N. A. | 7990-000 | 0.00 | 317.53 | 317.53 | 317.53 |
| 7 | WELLS FARGO BANK, N. A. | 7100-000 | 506.30 | 566.49 | 566.49 | 566.49 |
| 7-I | WELLS FARGO BANK, N. A. | 7990-000 | 0.00 | 5.12 | 5.12 | 5.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00008-2 | DEPT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI OH 4599 | 7100-000 | 0.00 | 3,910.21 | 3,910.21 | 3,910.21 |
| 00008-2-I | DEPT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI OH 4599 | 7990-000 | 0.00 | 35.36 | 35.36 | 35.36 |
| 9 | WEST CENTRAL PRODUCE INC | 7200-000 | 6,384.68 | 11,146.69 | 11,146.69 | 11,146.69 |
| 9-I | WEST CENTRAL PRODUCE INC | 7990-000 | 0.00 | 100.80 | 100.80 | 100.80 |
| NOTFILED | AB Electronics | 7100-000 | 90.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AMERICAN EXPRESS | 7100-000 | 68.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ARLENE LUDWIG | 7100-000 | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T | 7100-000 | 47.94 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ATHENS SERVICE | 7100-000 | 193.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Auto-Clor Systems | 7100-000 | 229.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BANK OF AMERICA, NA | 7100-000 | 27,331.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CAPITAL MGMT SERVICES | 7100-000 | 12,997.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CAPITAL ONE | 7100-000 | 17,037.77 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CBE GROUP | 7100-000 | 583.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE | 7100-000 | 5,136.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE BANK USA, NA | 7100-000 | 3,875.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD MEMBER SERVICES | 7100-000 | 3,356.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD MEMBER SERVICES | 7100-000 | 22,296.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CITI BANK NA | 7100-000 | 6,059.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CITI BANK NA | 7100-000 | 7,699.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DAN COX - PUBLIC RELATIONS | 7100-000 | 1,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DECASTRO & MORROW | 7100-000 | 3,003.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DIRECTV | 7100-000 | 583.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FARMERS INSURANCE | 7100-000 | 263.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FIRSTSOURCE ADVANTAGE | 7100-000 | 3,356.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FORGIONE, MATIASI | 7100-000 | 250,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | HSBC CARD SERVICES | 7100-000 | 18,077.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | I.C. SYSTEMS INC | 7100-000 | 59.53 | 0.00 | 0.00 | 0.00 |
| NOTFILED | I.C. SYSTEMS INC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | KRAMER & ASSOCIATES | 7100-000 | 18,077.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LA DEPT OF WATER | 7100-000 | 3,468.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LEADING EDGE/DISCOVER | 7100-000 | 17,249.05 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MERCURY PAYMENT SYSTEMS | 7100-000 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NATIONWIDE CREDIT | 7100-000 | 3,356.56 | 0.00 | 0.00 | 0.00 |

| NOTFILED | NORTHLAND GRP INC | 7100-000 | 17,037.77 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | OPEN TABLE INC | 7100-000 | 890.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PENN EQUITIES | 7100-000 | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PREMIER MEAT COMPANY | 7100-000 | 4,804.53 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PROTECTION ONE ALARM | 7100-000 | 142.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | REPUBLIC MASTER CHEFS | 7100-000 | 194.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RESORT INFORMATION | 7100-000 | 1,495.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RW SMITH AND COMPANY | 7100-000 | 373.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SIMONE KASBANI | 7100-000 | 6,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SO. WINE AND SPIRITS SOCAL | 7100-000 | 8,896.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SOGNO TOSCANO TUSCAN DREAM INC | 7100-000 | 80.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SOVRANA TRADING CORP | 7100-000 | 600.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TERMINIX | 7100-000 | 65.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TJX REWARDS | 7100-000 | 1,072.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TRU WINES | 7100-000 | 138.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UNITED RECOVERY SYSTEMS | 7100-000 | 2,022.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | VALENTINE N KEBARTAS INC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | VERIZON | 7100-000 | 88.37 | 0.00 | 0.00 | 0.00 |
| NOTFILED | VI NI IMPORTS CO | 7100-000 | 164.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WAINER MAURICE SNIPPER | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | WANG, JERRY | 7100-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WELLS FARGO BUSINESS CARD | 7100-000 | 2,586.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WELLS FARGO BUSINESS CARD | 7100-000 | 579.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WELLS FARGO BUSINESS CARD | 7100-000 | 2,641.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WINE WAREHOUSE | 7100-000 | 1,186.93 | 0.00 | 0.00 | 0.00 |
| NOTFILED | YOUNG'S MARKET COMPANY | 7100-000 | 3,102.13 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,573,099.22** | **$554,397.04** | **$119,397.04** | **$119,397.04** |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 13-16075 MB | Trustee: | Diane C. Weil |
|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | Filed (f) or Converted (c): | 09/18/13 (f) |
| | | §341(a) Meeting Date: | 10/21/13 |
| Period Ending: | 12/16/20 | Claims Bar Date: | 10/20/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | OTHER MISCELLANEOUS -SALE OF LITIGATION CLAIM (u) (see footnote) | 0.00 | 220,000.00 | | 220,000.00 | FA |
| 2 | CONTINGENT CLAIM - POSS CLAIM (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | INTELLECTUAL PROPERTY - Goodwill of D'Cache (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Surrendered Liquor Licencse (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Customer List of D'Cache (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Built-in Refrigerator and Freezer (see footnote) | 15,000.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$15,000.00** | **$220,000.00** | | **$220,000.00** | **$0.00** |

Regarding Property #1    Per ORDER entered 05/23/2014, the Trustee received settlement funds of $220,000 to satisfy this asset.
Regarding Property #2    Per amended schedule B filed 12/23/13, value claimed $0. No value to the estate. Abandon at close.
Regarding Property #3    Per amended schedule B filed 12/23/13, value claimed $0. No value to the estate. Abandon at close.
Regarding Property #4    Per amended schedule B filed 12/23/13, value claimed $0. No value to the estate. Abandon at close.
Regarding Property #5    Per amended schedule B filed 12/23/13, value claimed $0. No value to the estate. Abandon at close.
Regarding Property #6    Per amended schedule B filed 12/09/13 and 12/23/13, asset was abandoned by debtor at business site when the business closed due to being a built-in fixture. No value to the estate. Abandon at close.

**Major activities affecting case closing:**
CURRENT REPORTING PERIOD ENDING 09-30-20:
Annual and Aged Case Status Report

TFR SUBMITTED: 6/29/20, Hearing conducted 8/17/20; all fees granted, distributions have been made and upon clearance of all checks the Trustee will submit her TDR.

ADMIN STATUS: IN CLOSING

CURRENT REPORTING PERIOD ENDING 09-30-19:
Annual and Aged Case Status Report

During the reporting period, the trustee filed a motion to compromise to controversy with Creditors Matias Forgione and Federico Galavis ('Creditors') regarding proof of claim no. 4 filed in the amount of $500,000.00 on behalf of Creditors and others allegedly holding wage and hour claims against the debtor [Docket No. 66]. The trustee's settlement with Creditors was for a substantial reduction in the claim from $500,000.00 to $65,000.00. An order approving the motion to compromise was entered on December 28, 2018 [Docket No. 69].

The trustee's accountants have prepared and filed all necessary tax returns. The IRS has requested additional time, past the 60 days after filing the return, to review some of the estate's tax returns.

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Page: 2

Because the debtor is a sub-S corporation, any tax liability for the 5 years that this case has been pending  (along with any surplus) will pass through to the shareholder - in this instant David Seror as the trustee for Jairo Gamba in Chapter 7 case no. 1:13-bk-144378-VK.  Thus, before the estate's tax returns could be filed, they had to be reviewed by Mr. Seror's accountant, John Menchaca, as well as both the Trustee's accountants and special tax counsel.  To say that getting 3 sets of professionals to agree on anything is difficult would be an understatement.  However, the returns have now been filed and, upon ascertaining that there will be sufficient funds available to pay any tax liability passed through to the Gamba estate the Trustee will proceed to close the case.  Since the IRS does not issue determinations of finality for sub-S corporations, special tax counsel has suggested that we seek the same kind of determination in an order from the Bankruptcy Court.  Special Tax Counsel will file a motion seeking such an order in about 60 days, therefore, the Trustee requests an extension of the estimated date to 6/30/20.

TAXES:
The trustee's accountants have filed all required tax returns.

Current Projected TFR Submission: 7/31/2019

ADMIN STATUS: ACTIVE

CURRENT REPORTING PERIOD ENDING 09-30-18:
Annual and Aged Case Status Report

The sole asset in this case is the proceeds of the sale of a claim against the debtor (or the debtor's insurance company) for bad faith.  The claim was sold to the Plaintiff in the litigation for $220,000 plus 10% of the ultimate recover over $2 million (plus some minor additional non-cash consideration).  The underlying litigation went to trial and the Plaintiff was awarded $10 million.  The insurance company immediately appealed.  The appellate court sent the matter back to the trial court on remittitur for a reduction in the amount of the judgment.  It could be another 2-3 years before that litigation is complete.  Therefore, the Trustee negotiated a settlement of the claim filed by Keslik, Silverstein & Jacob, PC, on behalf of a purported 'class' of labor claimants (the 'Wage Claim') which she believes will allow her to close the case with the cash on hand.  The Trustee has prepared and circulated for signatures the settlement agreement.  The Trustee has received The all signatures and will be filing a motion for the Court to approve the settlement.

The Trustee continued her efforts to locate the principal of the Debtor and stop him from filing tax returns.  If you recall, the Trustee previously reported that the shareholder had been filing the annual returns with the FTB, and paying the $800 franchise fee, but not the tax liability for which the Estate was responsible.

Current projected date for TFR 3/31/19.

ADMIN STATUS: ACTIVE

 CURRENT REPORTING PERIOD ENDING 09-30-17:

The Trustee is in the process of employing special tax counsel to assist in the resolution of this issue. The Trustee is also proceeding with the settlements negotiated with regard to the largest claims, which should allow the case to close without waiting for the contingent 10% interest in the bad faith lawsuit. The Trustee is informed and believes that the shareholder of the Debtor also commenced a Chapter 7 case pending at the same time as Debtor's case. It has come to the Trustee's attention, only this month, that the Debtor's shareholder has been filing income tax returns for the Debtor during the pendency of the Debtor's Chapter 7 case. Normally such returns are filed by the Chapter 7 trustee as provided by Title 26 U.S.C. 6012(b)(3) and 6037.

CURRENT REPORTING PERIOD ENDING 09-30-16:
  The Trustee has negotiated a settlement of the claim filed by Keslik, Silverstein & Jacob, P.C. (the 'wage claim'). Which the Trustee believes will allow her to close the case with the cash on hand without waiting for the ultimate result of the bad faith lawsuit in which the estate holds a 10% interest. The Plaintiff prevailed in that matter, but the judgment was appealed, and sent back to the trial court on remittitur for a reduction in the amount of the judgment. It could be another 2 - 3 years before that litigation is complete, thus the settlement will benefit all parties.

CURRENT REPORTING PERIOD ENDING: 09/30/2015

  The Trustee filed a motion to employ Special Litigation Counse, David M. DeCastro of De Casto and Morrow to aid in the evaluation and, if required prosecution of any objection to the claim filed by Keslik, Silverstein & Jacob, P.C alleging $500,000.00 due for unpaid wages due parties which claimant asserts it represents.

INITIAL REPORTING PERIOD ENDING 09-30-14:

  This case was commenced as a voluntary Chapter 7 filed on September 18, 2013. The initial 341(a) meeting was scheduled for October 21, 2013. The Debtor did not appear, but was examined at the

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 3

continued 341(a) on November 18, 2013 and was continued once for amendments. Trustee filed her Report of No Distribution on January 3, 2014.

  In March 2014, Trustee was contacted by an attorney informing her that, as of the Petition Date, there was a pending lawsuit against the Debtor, which was covered by a general liability insurance policy at the time of the accident that precipitated the lawsuit. The plaintiff in the lawsuit wanted to acquire the Debtor's Claims against its insurer from the Estate. The Trustee therefore filed her Motion to Reopen Bankruptcy Case on May 2, 2014 and simultaneously withdrew her Report of No Distribution. The case was reopened pursuant to an order entered on May 13 2014 and reappointed as Trustee on May 16, 2014. During that time Trustee filed a Motion for Sale of Property and a Notice of Motion of Chapter 7 Trustee, For Order Authorizing Assignment of Litigation Claims and an Application for Order Setting Hearing on Shortened Notice. Trustee was able to sell the assets for $220,000 plus 10% of net recouped in lawsuit. The lawsuit is ongoing, but the estate has already received the $220,000.

  Trustee is monitoring the progress of the lawsuit.


PROFESSIONALS:
  Special Ligiation Counsel - DeCastro and Morrow, LLP Per ORDER entered 01/14/2016
  Accountants: LEA Accountancy LLP (Sam Leslie) Per ORDER entered 06/27/2016
  Special Tax Counsel: Elmer Martin per order entered 10/5/2017


ACCOUNTS:
  A general account has been opened


CLAIMS:
  POC Bar Date: 10/20/14
  Government Bar Date 3/17/14

TAXES:
  N/A

PROJECTED TFR SUBMISSION DATE: 05/31/2016, 12/31/2016, 09/30/2017, 12/31/2017, 12/31/18, 3/31/19

TFR Submitted 4/20/20


**Initial Projected Date of Final Report (TFR):**  May 31, 2016                    **Current Projected Date of Final Report (TFR):**  June 12, 2020 (Actual)


_____December 16, 2020_____                                                     /s/ Diane C. Weil
                    Date                                                                    Diane C. Weil

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 1

| Case Number: | 13-16075 MB | Trustee: | Diane C. Weil |
|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | Bank Name: | UNION BANK |
| | | Account: | ******8753 - Checking Account |
| Taxpayer ID#: | **-***7025 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/27/14 | Asset #1 | JOSEPH DANIEL DAVIS | SETTLEMENT PAYMENT PERORDER ENTERED 05/23/2014 | 1249-000 | 220,000.00 | | 220,000.00 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 219,957.81 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 316.43 | 219,641.38 |
| 08/20/14 | 300001 | INTERNATIONAL SURETIES, LTD. | error entry - reverse | 2300-000 | | 7.12 | 219,634.26 |
| 08/20/14 | 300002 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND PREMIUM PER GENERALORDER 00-01;BOND # 016026394; | 2300-000 | | 7.12 | 219,627.14 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 326.82 | 219,300.32 |
| 08/26/14 | | INTERNATIONAL SURETIES, LTD. | error adjustment software error - checks do not exist & were never printed Reverses Check # 300001 | 2300-000 | | -7.12 | 219,307.44 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 326.34 | 218,981.10 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 315.35 | 218,665.75 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 325.40 | 218,340.35 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 314.42 | 218,025.93 |
| 01/08/15 | 300003 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND BOND NO.016030867;TERM: 01/04/2015 - 01/04/2016;PURSUANT TO LBR 2016-2(b) | 2300-000 | | 324.22 | 217,701.71 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 324.43 | 217,377.28 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 13-16075 MB | |
| **Case Name:** | HACIENDA PARAISO INC | |

| | |
|---|---|
| **Trustee:** | Diane C. Weil |
| **Bank Name:** | UNION BANK |
| **Account:** | ******8753 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| | |
|---|---|
| **Taxpayer ID#:** | **-***7025 |
| **Period Ending:** | 12/16/20 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 323.68 | 217,053.60 |
| 03/19/15 | | INTERNATIONAL SURETIES, LTD. | BOND REFUND PARTIAL REFUND DUE TO2015 REDUCTION OF CHAPTER 7 BLANKET BOND PREMIUM CALCULATION | 2300-000 | | -166.22 | 217,219.82 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 291.76 | 216,928.06 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 322.60 | 216,605.46 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 311.96 | 216,293.50 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 321.85 | 215,971.65 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 311.01 | 215,660.64 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 320.92 | 215,339.72 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 320.43 | 215,019.29 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 309.64 | 214,709.65 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 319.49 | 214,390.16 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 308.74 | 214,081.42 |
| 01/12/16 | 300004 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND BOND NO.016030867;TERM: 01/04/2016 - 01/04/2017;PER LBR 2016-2(c) | 2300-000 | | 141.05 | 213,940.37 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 318.59 | 213,621.78 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 3

| Case Number: | 13-16075 MB | Trustee: | Diane C. Weil |
|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | Bank Name: | UNION BANK |
| | | Account: | ******8753 - Checking Account |
| Taxpayer ID#: | **-***7025 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 317.13 | 213,304.65 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 296.13 | 213,008.52 |
| 04/14/16 | 300005 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND INCREASE BOND NO.016030867;TERM: 01/04/2016 TO 01/04/2017;PURSUANT TO LBR 2016-2(c) | 2300-000 | | 25.73 | 212,982.79 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 316.07 | 212,666.72 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 305.45 | 212,361.27 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 315.12 | 212,046.15 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 304.56 | 211,741.59 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 314.20 | 211,427.39 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 313.75 | 211,113.64 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 303.20 | 210,810.44 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 312.82 | 210,497.62 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 302.30 | 210,195.32 |
| 01/25/17 | 300006 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND PREMIUM, 1/4/17 TO1/4/18, BOND #016030867, PER LBR 2016-2(c) | 2300-000 | | 120.77 | 210,074.55 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 311.93 | 209,762.62 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 13-16075 MB | Trustee: | Diane C. Weil |
|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | Bank Name: | UNION BANK |
| | | Account: | ******8753 - Checking Account |
| Taxpayer ID#: | **-***7025 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 312.31 | 209,450.31 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 281.58 | 209,168.73 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 311.24 | 208,857.49 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 300.77 | 208,556.72 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 310.32 | 208,246.40 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 299.90 | 207,946.50 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 309.42 | 207,637.08 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 308.97 | 207,328.11 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 298.57 | 207,029.54 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 308.05 | 206,721.49 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 297.72 | 206,423.77 |

**Form 2**

Exhibit 9

## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 13-16075 MB | | Trustee: | Diane C. Weil |
| Case Name: | HACIENDA PARAISO INC | | Bank Name: | UNION BANK |
| | | | Account: | ******8753 - Checking Account |
| Taxpayer ID#: | **-***7025 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 307.16 | 206,116.61 |
| 02/26/18 | 300007 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND PREMIUM, 1/4/18 TO1/4/19, BOND #016030867, PER LBR 2016-2(c) | 2300-000 | | 93.37 | 206,023.24 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 306.70 | 205,716.54 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 276.66 | 205,439.88 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 305.74 | 205,134.14 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 295.41 | 204,838.73 |
| 06/13/18 | 300008 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND PREMIUM, 1/7/18 TO1/4/19, BOND #016030867, PER LBR 2016-2(b)(1) | 2300-000 | | 2.00 | 204,836.73 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 304.79 | 204,531.94 |
| 07/18/18 | 300009 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND PREMIUM, BOND#016030867, PER LBR 2016-2(c) | 2300-000 | | 1.78 | 204,530.16 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 294.54 | 204,235.62 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 303.90 | 203,931.72 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 13-16075 MB | | | **Trustee:** | Diane C. Weil | |
| **Case Name:** | HACIENDA PARAISO INC | | | **Bank Name:** | UNION BANK | |
| | | | | **Account:** | ******8753 - Checking Account | |
| **Taxpayer ID#:** | **-***7025 | | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 12/16/20 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/18 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 203,628.24 | 303.48 |
| 09/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1) (B), 503(b)(1), and 507(a)(2) | 2600-000 | | 303.48 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **220,000.00** | **220,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 203,628.24 | |
| **Subtotal** | **220,000.00** | **16,371.76** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$220,000.00** | **$16,371.76** | |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 7

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 13-16075 MB | | | **Trustee:** | Diane C. Weil | |
| **Case Name:** | HACIENDA PARAISO INC | | | **Bank Name:** | Texas Capital Bank | |
| | | | | **Account:** | ******2983 - Checking Account | |
| **Taxpayer ID#:** | **-***7025 | | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 12/16/20 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/18 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 203,628.24 | | 203,628.24 |
| 11/01/18 | 52001 | International Sureties, LTD. | Bond Premium | 2300-000 | | 2.96 | 203,625.28 |
| 03/08/19 | 52002 | International Sureties, LTD. | Bond Premium | 2300-000 | | 124.20 | 203,501.08 |
| 01/30/20 | 52003 | International Sureties, LTD. | Bond Premium | 2300-000 | | 113.68 | 203,387.40 |
| 04/29/20 | 52004 | International Sureties, LTD. | Bond Premium - Bond no. 016030867 | 2300-003 | | 4.97 | 203,382.43 |
| 05/08/20 | 52004 | International Sureties, LTD. | Bond Premium - Bond no. 016030867<br>International Sureties, LTD. | 2300-003 | | -4.97 | 203,387.40 |
| 06/15/20 | | Signature Bank | Transfer to account ending 4539 | 9999-000 | | 203,387.40 | 0.00 |

|  | | |  |  |  |
|---|---|---|---|---|---|
| **ACCOUNT TOTALS** | | | 203,628.24 | 203,628.24 | $0.00 |
| Less: Bank Transfers | | | 203,628.24 | 203,387.40 | |
| **Subtotal** | | | **0.00** | **240.84** | |
| Less: Payment to Debtors | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | **$0.00** | **$240.84** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 8

| | | |
|---|---|---|
| **Case Number:** | 13-16075 MB | |
| **Case Name:** | HACIENDA PARAISO INC | |
| | | |
| **Taxpayer ID#:** | **-***7025 | |
| **Period Ending:** | 12/16/20 | |

| | |
|---|---|
| **Trustee:** | Diane C. Weil |
| **Bank Name:** | Signature Bank |
| **Account:** | ******4539 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/20 | | Texas Capital Bank | Transfer from account ending 2983 | 9999-000 | 203,387.40 | | 203,387.40 |
| 09/03/20 | 60001 | Diane C. Weil | Dividend of 100.000000000%. | 2200-000 | | 231.41 | 203,155.99 |
| 09/03/20 | 60002 | Diane C. Weil | Dividend of 100.000000000%. | 2100-000 | | 12,803.05 | 190,352.94 |
| 09/03/20 | 60003 | Elmer Dean Martin III | Dividend of 100.000000000%. | 3220-000 | | 147.76 | 190,205.18 |
| 09/03/20 | 60004 | Elmer Dean Martin III | Dividend of 100.000000000%. | 3210-000 | | 1,852.24 | 188,352.94 |
| 09/03/20 | 60005 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | Dividend of 100.000000000%, Claim No.00002-8. | 2990-000 | | 5,403.31 | 182,949.63 |
| 09/03/20 | 60006 | LEA Accountancy | Dividend of 100.000000000%. | 3420-000 | | 1,075.56 | 181,874.07 |
| 09/03/20 | 60007 | LEA Accountancy | Dividend of 100.000000000%. | 3410-000 | | 42,000.00 | 139,874.07 |
| 09/03/20 | 60008 | United States Bankruptcy Court | Dividend of 100.000000000%. | 2700-000 | | 260.00 | 139,614.07 |
| 09/03/20 | 60009 | FRANCHISE TAX BOARD | Claim:$800.00, Interest:$7.23; | | | 807.23 | 138,806.84 |
| 09/03/20 | | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.1. | 800.00 | 5800-000 | | 138,806.84 |
| 09/03/20 | | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.1-I. | 7.23 | 7990-000 | | 138,806.84 |
| 09/03/20 | 60010 | DEPT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI OH 4599 | Claim:$3910.21, Interest:$35.36; | | | 3,945.57 | 134,861.27 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| Case Number: | 13-16075 MB | | Trustee: | Diane C. Weil |
|---|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | | Bank Name: | Signature Bank |
| | | | Account: | ******4539 - Checking Account |
| Taxpayer ID#: | **-***7025 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/03/20 | | DEPT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI OH 4599 | Dividend of 100.000000000%, Claim No.00008-2. | 3,910.21 | 7100-000 | | | 134,861.27 |
| 09/03/20 | | DEPT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI OH 4599 | Dividend of 100.000000000%, Claim No.00008-2-I. | 35.36 | 7990-000 | | | 134,861.27 |
| 09/03/20 | 60011 | DEPT OF WATER & POWER CITY OF LOS A | Claim:$2231.15, Interest:$20.18; | | | | 2,251.33 | 132,609.94 |
| 09/03/20 | | DEPT OF WATER & POWER CITY OF LOS A | Dividend of 100.000000000%, Claim No.3. | 2,231.15 | 7100-000 | | | 132,609.94 |
| 09/03/20 | | DEPT OF WATER & POWER CITY OF LOS A | Dividend of 100.000000000%, Claim No.3-I. | 20.18 | 7990-000 | | | 132,609.94 |
| 09/03/20 | 60012 | FORGIONE MATIASI AND FEDERICO GALAVIS C/O KESLUCK & SILVERSTEIN, P.C | Claim:$65000.00, Interest:$587.80; | | | | 65,587.80 | 67,022.14 |
| 09/03/20 | | Kesluk, Silverstein & Jacob, P.C. | Dividend of 100.000000000%, Claim No.4. | 65,000.00 | 7100-000 | | | 67,022.14 |
| 09/03/20 | | Kesluk, Silverstein & Jacob, P.C. | Dividend of 100.000000000%, Claim No.4-I. | 587.80 | 7990-000 | | | 67,022.14 |
| 09/03/20 | 60013 | TITAN WINES N SPIRITS LLC | Claim:$329.00, Interest:$2.98; | | | | 331.98 | 66,690.16 |

**Form 2**

Exhibit 9

## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-16075 MB | **Trustee:** | Diane C. Weil | |
| **Case Name:** | HACIENDA PARAISO INC | **Bank Name:** | Signature Bank | |
| | | **Account:** | ******4539 - Checking Account | |
| **Taxpayer ID#:** | **-***7025 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 12/16/20 | **Separate Bond:** | N/A | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/03/20 | | TITAN WINES N SPIRITS LLC | Dividend of<br>100.000000000%, Claim<br>No.5. | 329.00 | 7100-000 | | | 66,690.16 |
| 09/03/20 | | TITAN WINES N SPIRITS LLC | Dividend of<br>100.000000000%, Claim<br>No.5-I. | 2.98 | 7990-000 | | | 66,690.16 |
| 09/03/20 | 60014 | WELLS FARGO BANK, N. A. | Claim:$566.49, Interest:$5.12; | | | | 571.61 | 66,118.55 |
| 09/03/20 | | WELLS FARGO BANK, N. A. | Dividend of<br>100.000000000%, Claim<br>No.7. | 566.49 | 7100-000 | | | 66,118.55 |
| 09/03/20 | | WELLS FARGO BANK, N. A. | Dividend of<br>100.000000000%, Claim<br>No.7-I. | 5.12 | 7990-000 | | | 66,118.55 |
| 09/03/20 | 60015 | WELLS FARGO BANK, N. A. | Claim:$35113.71, Interest:$317.53; | | | | 35,431.24 | 30,687.31 |
| 09/03/20 | | WELLS FARGO BANK, N. A. | Dividend of<br>100.000000000%, Claim<br>No.6. | 35,113.71 | 7100-000 | | | 30,687.31 |
| 09/03/20 | | WELLS FARGO BANK, N. A. | Dividend of<br>100.000000000%, Claim<br>No.6-I. | 317.53 | 7990-000 | | | 30,687.31 |
| 09/03/20 | 60016 | WEST CENTRAL PRODUCE INC | Claim:$11146.69, Interest:$100.80; | | | | 11,247.49 | 19,439.82 |

**Form 2**                                                                                    Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 11

| Case Number: | 13-16075 MB | | Trustee: | Diane C. Weil |
|---|---|---|---|---|
| Case Name: | HACIENDA PARAISO INC | | Bank Name: | Signature Bank |
| | | | Account: | ******4539 - Checking Account |
| Taxpayer ID#: | **-***7025 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/16/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/03/20 | | WEST CENTRAL PRODUCE INC | Dividend of 100.000000000%, Claim No.9. | 11,146.69 | 7200-000 | | | 19,439.82 |
| 09/03/20 | | WEST CENTRAL PRODUCE INC | Dividend of 100.000000000%, Claim No.9-I. | 100.80 | 7990-000 | | | 19,439.82 |
| 09/03/20 | 60017 | Franchise Tax Board | Claim:$22.59, Interest:$0.20; | | | 22.79 | 19,417.03 |
| 09/03/20 | | Franchise Tax Board | Dividend of 100.000000000%, Claim No.1A. | 22.59 | 7300-000 | | | 19,417.03 |
| 09/03/20 | | Franchise Tax Board | Dividend of 100.000000000%, Claim No.1A-I. | 0.20 | 7990-000 | | | 19,417.03 |
| 09/03/20 | 60018 | David Seror Trustee for Jairo Gamba | Dividend of 100.000000000%, Claim No.9999. | 8200-002 | | 19,417.03 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **203,387.40** | **203,387.40** | **$0.00** |
| | Less: Bank Transfers | 203,387.40 | 0.00 | |
| | **Subtotal** | **0.00** | **203,387.40** | |
| | Less: Payment to Debtors | | 19,417.03 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$183,970.37** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2983** | 0.00 | 240.84 | 0.00 |
| **Checking # ******4539** | 0.00 | 183,970.37 | 0.00 |
| **Checking # ******8753** | 220,000.00 | 16,371.76 | 0.00 |
| | $220,000.00 | $200,582.97 | $0.00 |